Order Filed on April 30, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>Guaranteed Rate, Inc. | |
| In Re:<br><br>Heidi E. Lubrani,<br><br>Debtor. | Case No.: 21-11624 MBK<br>Adv. No.:<br>Hearing Date: 4/28/2021 @ 10:00 a.m.<br>Judge: Michael B. Kaplan |

### ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: April 30, 2021**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor:      Heidi E. Lubrani
Case No.:    21-11624 MBK
Caption:     **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Guaranteed Rate, Inc., holder of a mortgage on real property located at 235 Sandlewood Drive, Bayville, NJ, 08721, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and David A. Semanchik, Esquire, attorney for Debtor, Heidi E. Lubrani, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor will be treated as unaffected by this plan; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.