**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Heidi E. Lubrani | Social Security number or ITIN  xxx–xx–1219 |
| | First Name    Middle Name    Last Name | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:    21–11624–MBK

## Order of Discharge

**12/18**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Heidi E. Lubrani
aka Heidi E. Bateman

6/4/26

**By the court:** Michael B. Kaplan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                              Case No. 21-11624-MBK

Heidi E. Lubrani                                                    Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: 3180W | Total Noticed: 25 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Heidi E. Lubrani, 235 Sandlewood Dr., Bayville, NJ 08721-3121 |
| cr | + | Winsdor Castle, LLC, I. Mark Cohen Law Group, 1 Executive Drive, Ste. 6, Tinton Falls, NJ 07701-4938 |
| 519146565 | | NJ Class, POB 548, Trenton, NJ 08825 |
| 519125793 | + | Vervent/yamaha Motor F, Po Box 504125, San Diego, CA 92150-4125 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 04 2026 20:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 04 2026 20:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519141399 | | EDI: GMACFS.COM | Jun 05 2026 00:32:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519262383 | + | EDI: AISACG.COM | Jun 05 2026 00:32:00 | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519125775 | + | EDI: GMACFS.COM | Jun 05 2026 00:32:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 519130263 | + | Email/Text: bkfilings@zwickerpc.com | Jun 04 2026 20:49:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 519125776 | + | Email/PDF: bncnotices@becket-lee.com | Jun 04 2026 20:58:17 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519790097 | | Email/Text: EBN@brockandscott.com | Jun 04 2026 20:48:00 | Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217 |
| 519125778 | + | EDI: JPMORGANCHASE | Jun 05 2026 00:32:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 519125780 | + | EDI: CITICORP | Jun 05 2026 00:32:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519125790 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 04 2026 20:48:00 | Guaranteed Rate, 1 Corporate Dr.,, Suite 360, Lake Zurich, IL 60047-8945 |
| 519125782 | + | Email/Text: EBN@edfinancial.com | Jun 04 2026 20:48:00 | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 519155450 | + | Email/Text: EBN@edfinancial.com | Jun 04 2026 20:48:00 | Edfinancial on behalf of US Dept. of Education, |

District/off: 0312-3                              User: admin                                              Page 2 of 3
Date Rcvd: Jun 04, 2026                          Form ID: 3180W                                          Total Noticed: 25

|  |  |  | 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
|---|---|---|---|
| 519805880 | ^ MEBN | Jun 04 2026 20:46:51 | Guaranteed Rate Inc., c/o ServiceMac, 9726 Old Bailes Road, Ste. 200, Fort Mill, SC 29707-7882 |
| 519805881 | ^ MEBN | Jun 04 2026 20:46:52 | Guaranteed Rate Inc., c/o ServiceMac, 9726 Old Bailes Road, Ste. 200, Fort Mill, SC 29707, Guaranteed Rate Inc., c/o ServiceMac 29707-7882 |
| 519125791 | ^ MEBN | Jun 04 2026 20:46:25 | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, Po Box 548, Trenton, NJ 08625-0548 |
| 519148166 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 04 2026 20:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519168485 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 04 2026 20:58:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519790098 | ^ MEBN | Jun 04 2026 20:47:12 | ServiceMac, LLC, 9726 Old Bailes Road, Suite 200, Fort Mill, South Carolina 29707-7882 |
| 519125794 | + EDI: WFHOME | Jun 05 2026 00:32:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a, Des Moines, IA 50328-0001 |
| 519141471 | EDI: WFCCSBK | Jun 05 2026 00:32:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519125789 |  | Ford Motor Credit, PO Box 542000, NE 68151 |
| 519125777 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 519125779 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 519125781 | *+ | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519169923 | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Guaranteed Rate, Inc., 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519125783 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 519125784 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 519125785 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 519125786 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 519125787 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 519125788 | *+ | EdFinancial Services, Attn: Bankruptcy, Po Box 36008, Knoxville, TN 37930-6008 |
| 519125792 | *+ | Higher Education Student Assistance Auth, Hesaa Servicing/Attn: Bankruptcy, Po Box 548, Trenton, NJ 08625-0548 |
| 519148241 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0312-3

Date Rcvd: Jun 04, 2026

Date: Jun 06, 2026

User: admin

Form ID: 3180W

Signature:      /s/Gustava Winters

Page 3 of 3

Total Noticed: 25

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Albert Russo | docs@russotrustee.com |
| Andrew L. Spivack | on behalf of Creditor Guaranteed Rate  Inc. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| David A. Semanchik | on behalf of Debtor Heidi E. Lubrani info@semanchiklaw.com |
| Kimberly A. Wilson | on behalf of Creditor Guaranteed Rate  Inc. kimberly.wilson@brockandscott.com, wbecf@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor Guaranteed Rate  Inc. bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6